### CHAPMAN *v.* RAY *et al.*

HILL, J. Under the pleadings and the evidence in this case, the court did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 8835. AUGUST 13, 1932.

*Hawes Cloud,* for plaintiff.

*J. A. Mitchell* and *P. H. Mitchell,* for defendants.